# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2704 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 248 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 93666 |
| | : | |
| MATTHEW GERALD PORSCH, | : | (Erie County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Matthew Gerald Porsch is suspended from the Bar of this Commonwealth for two years, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).